[Nos. 23819-5-II; 23861-6-II.   Division Two.   May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMONTI DENNIS CARTER, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE TERRIEL POWELL, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 97-1-02261-6 and 97-1-02259-4, D. Gary Steiner, J., entered September 21, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24884-1-II.   Division Two.   May 25, 2001.]

EIVIND BERG, ET AL., *Petitioners*, v. LIBERTY NATIONAL FIRE INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-00904-5, Rudolph J. Tollefson, J., entered June 18, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25133-7-II.   Division Two.   May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG H. BORELIS, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00217-0, Stephen M. Warning, J., entered August 17, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.